USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,                    :
                                             :
         -against-                           :
                                             :
ANAYDA HUERTAS,                              :   23-CR-141 (VEC)
                                             :
                               Defendant.    :   ORDER
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 11, 2024, the parties requested that the Court schedule a change-of-plea hearing in this matter.

IT IS FURTHER ORDERED that a change-of-plea hearing will be held on **Friday, July 12, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date: **June 11, 2024**
      **New York, New York**

                                     _____
                                     **VALERIE CAPRONI**
                                     **United States District Judge**