**HOROWITZ TECH LAW P.C.**

JOSHUA J. HOROWITZ, ESQ.
Tel.: 212.203.9011
joshua.horowitz@techlawny.com

ADMITTED TO NY, NJ & CA BARS

**MEMO ENDORSED**

February 12, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2025

**VIA ECF**
Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square – Courtroom 443
New York, NY 10007

      Re: *United States v. Peeples, et. al., – Anayda Huertas,*
           Docket No. 23-CR-141 (VEC)

Dear Judge Caproni:

    I represent Defendant Anayda Huertas in the above matter, who is presently scheduled to be sentenced by Your Honor on February 25, 2025 at 10:00 A.M. I write to respectfully request permission to file under seal a brief supplemental sentencing submission on behalf of Ms. Huertas.

    The reason for this request is because the supplemental submission contains medical records and information pertaining to treatment and diagnosis of Ms. Huertas. This information falls squarely within the category of documents requiring heightened caution for public filing under Section 21.4 of the SDNY Electronic Case Filing Rules & Instructions, 2023 Edition. The government, through AUSA Justin Horton, has no objection to this application.

    I thank the Court for its consideration.

Respectfully submitted,

*Joshua J. Horowitz*

cc: All counsel (via ECF)

Application GRANTED.

SO ORDERED.

*Valerie Caproni*    2/13/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE